CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (McAllen)
# CRIMINAL DOCKET FOR CASE #: 7:24-mj-00837-1

| | |
|---|---|
| Case title: USA v. Perez | Date Filed: 05/20/2024 |
| Other court case number: 3-24CR-182-E Northern District of Texas, Dallas Division | Date Terminated: 05/28/2024 |

---

Assigned to: Magistrate Judge Juan F Alanis

**Defendant (1)**

**Della Fay Perez**
*TERMINATED: 05/28/2024*

represented by **Carlos Quintana**
Law Office of Carlos Quintana, P.C.
135 Paseo Del Prado, #31
Edinburg, TX 78539
956-687-9729
Fax: 956-396-5437
Email: carlos@carlosquintanalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1349.F, 18:1344A.F | |

---

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2024 | | ***Set/Reset Hearings as to Della Fay Perez: Initial Appearance set for 5/21/2024 at 09:00 AM before Magistrate Judge Juan F Alanis (ced7) (Entered: 05/20/2024) |
| 05/20/2024 | 1 | Rule 32.1(a)(5)(B) Documents Received from Northern District of Texas, Dallas Division as to Della Fay Perez, filed. (ced7) (Entered: 05/20/2024) |
| 05/20/2024 | 2 | ARREST Warrant issued 5/7/2024; Returned Executed on 5/20/2024 as to Della Fay Perez.. Document restricted from PACER under privacy policy., filed. (ced7) (Entered: 05/20/2024) |
| 05/20/2024 | | Arrest (Rule 40) of Della Fay Perez, filed. (ced7) (Entered: 05/20/2024) |
| 05/20/2024 | 3 | AO 257 Information Sheet as to Della Fay Perez, filed. (ced7) (Entered: 05/20/2024) |
| 05/20/2024 | 4 | NOTICE OF ATTORNEY APPEARANCE: Carlos Quintana appearing for Della Fay Perez , filed. (Quintana, Carlos) (Entered: 05/20/2024) |
| 05/21/2024 | | Minute Entry for proceedings held before Magistrate Judge Juan F Alanis: INITIAL APPEARANCE on Rule 40 as to Della Fay Perez held on 5/21/2024. (Deft informed of rights.) Deft appeared with retained counsel. Government moves for temporary detention and continuance to prepare for detention hearing. Court grants. Identity and Detention Hearing set for 5/21/2024 at 01:30 PM before Magistrate Judge Juan F Alanis. Appearances: Matthew Phelps, AUSA; Carlos Quintana, RTD. (PTS: Daniel Mata-Canchola) (ERO: Christopher Barrera) (Interpreter: Steven Mines and Noe Murillo/not used) (DUSM: Jonathan Buban) Deft remanded to custody. (nc7) (Entered: 05/21/2024) |
| 05/21/2024 | 5 | Order of Temporary Detention Pending Hearing as to Della Fay Perez. Identity and Detention Hearing set for 5/21/2024 at 01:30 PM before Magistrate Judge Juan F Alanis (Signed by Magistrate Judge Juan F Alanis) Parties notified. (nc7) (Entered: 05/21/2024) |
| 05/21/2024 | 6 | Sealed Financial Affidavit CJA 23 by Della Fay Perez, filed. (Entered: 05/21/2024) |
| 05/21/2024 | 7 | Pretrial Services Report (Sealed) as to Della Fay Perez. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the document locally at the time of viewing, filed. (nmm7) (Entered: 05/21/2024) |
| 05/21/2024 | | Minute Entry for proceedings held before Magistrate Judge Juan F Alanis: IDENTITY AND DETENTION HEARING as to Della Fay Perez held on 5/21/2024. Deft states her correct name is Della Fay Perez Rodriguez. Deft, through counsel, waived Identity Hearing; court found Identity. Govt not opposed to bond. Court took judicial notice of Pre-Trial Report and entered findings. Court grants bond and sets conditions of release: $100,000 unsecured bond; not violate any federal, state, or local laws; Pretrial Supervision out of McAllen; continue or seek employment; obtain no passport or travel papers; travel restricted to the Southern District of Texas with permission to travel to ND/TX for court related matters and WD/TX to visit family; no foreign travel; avoid all contact with co-defendants, avoid all contact with potential witnesses/victims; refrain from possessing firearms/dangerous weapons; not use or possess any narcotic drugs; report any contact with law enforcement. Bond paperwork executed on the record. Next hearing set for 5/29/2024 at 10:00AM in the Dallas division. Defendant remanded to the Custody of the U.S. Marshals for bond release. Appearances: Matthew Phelps, AUSA; Carlos Quintana, RTD. (PTS: Daniel Mata-Canchola) (ERO: Christopher Barrera) (Interpreter: not used) (DUSM: Edgar Hernandez), filed. (Entered: 05/21/2024) |
| 05/21/2024 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Della Fay Perez, filed. (nc7) (Entered: 05/21/2024) |

| | | |
|---|---|---|
| 05/21/2024 | 9 | Unsecured Bond Entered as to Della Fay Perez in amount of $ 100,000, filed. (nc7) (Entered: 05/21/2024) |
| 05/21/2024 | 10 | ORDER Setting Conditions of Release as to Della Fay Perez. Della Fay Perez (1) $100,000 Unsecured Bond (Signed by Magistrate Judge Juan F Alanis) Parties notified. (nc7) (Entered: 05/21/2024) |
| 05/28/2024 | 11 | RULE 5 Papers sent to Northern District of Texas - Dallas Division as to Della Fay Perez, filed. (nc7) (Entered: 05/28/2024) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **vs.** | § | **CRIMINAL ACTION # 7:24-MJ-00837** |
| | § | |
| | § | |
| **DELLA FAY PEREZ** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **CARLOS QUINTANA** of the **LAW OFFICES OF CARLOS QUINTANA, P.C.**, appearing for Defendant, **DELLA FAY PEREZ,** and requests that this Court notify **CARLOS QUINTANA** of the **LAW OFFICES OF CARLOS QUINTANA, P.C.** of any hearings in this case to the following address:

**CARLOS QUINTANA**
**LAW OFFICES OF CARLOS QUINTANA, P.C.**
**135 Paseo Del Prado, #31**
**Edinburg, Texas 78539**
**(956) 687-9729 (Office)**
**E-Mail: carlos@carlosquintanalaw.com**

Respectfully submitted:

LAW OFFICES OF CARLOS QUINTANA PC
135 Paseo Del Prado, #31
Edinburg, Texas 78539
(956) 687-9729
e-mail: carlos@carlosquintanalaw.com

CARLOS QUINTANA

State Bar No: 16436345

## CERTIFICATE OF SERVICE

The undersigned representative of the LAW OFFICES OF CARLOS QUINTANA, hereby certify that a true and correct copy of the foregoing Pleading has been delivered as indicated in the Federal Rule of Civil Procedure:

U. S. Attorney
1701 W. Hiway 83, Suite 600
McAllen, TX 78501

on this the ___20TH___day of MAY, 2024.

CARLOS QUINTANA

United States District Court
Southern District of Texas
**ENTERED**
May 21, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:24−mj−00837 |
| | § | |
| Della Fay Perez | § | |

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for May 21, 2024 at 01:30 PM before United States Magistrate Judge Juan F Alanis at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

Juan F. Alanis
United States Magistrate Judge

Date of order: **May 21, 2024**

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
DELLA FAY PEREZ
*Defendant*

Case No. 7:24-MJ-837

Charging District's Case No. 3-24CR-182

## WAIVER OF RULE 5 & 5.1 HEARINGS (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* IN THE UNITED STATES OF AMG FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☑ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 5-21-24

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

CARLOS QUINTANA
*Printed name of defendant's attorney*

AO 98 (Rev. 12/11) Appearance Bond

United States District Court
Southern District of Texas
FILED
MAY 21 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

for the

United States of America
v.
Della Fay Perez
*Defendant*

Case No. 7:24-mj-837

## APPEARANCE BOND

### Defendant's Agreement

I, Della Fay Perez *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( **X** ) to appear for court proceedings;
( **X** ) if convicted, to surrender to serve a sentence that the court may impose; or
( **X** ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ 100,000.

( ) (3) This is a secured bond of $________, secured by:

() (a) $________, in cash deposited with the court.

( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

**Declarations**

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 05/21/2024

*Defendant's signature*

*Surety/property owner – printed name* | *Surety/property owner – signature and date*

*Surety/property owner – printed name* | *Surety/property owner – signature and date*

*Surety/property owner – printed name* | *Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 05/21/2024

*Signature of Clerk or Deputy Clerk*

Approved.

Date: 05/21/2024

*Judge's signature*

United States District Court
Southern District of Texas
ENTERED
May 21, 2024
Nathan Ochsner, Clerk



United States District Court
Southern District of Texas
FILED
MAY 21 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

Southern District of Texas

United States of America
v.
Della Fay Perez
*Defendant*

Case No. 7:24-mj-837

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve any sentence that the court may impose.

The defendant must appear at: United States District Court
1100 Commerce Street, Dallas TX 75242

on 05/29/2024 at 10:00AM before Magistrate Judge Rutherford

## Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released on condition that:

(5) The defendant promises to appear in court as required and surrender to serve any sentence imposed.

(6) The defendant executes an unsecured bond binding the defendant to pay to the United States the sum of One Hundred Thousand and No/100 dollars ($100,000) in the event of a failure to appear as required or surrender to serve any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization ______
Address *(only if above is an organization)* ______
City and state ______ Tel. No. ______
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______ ______
*Custodian* *Date*

( ☒ ) (7) The defendant must:

( ☒ ) (a) submit to supervision by and report for supervision to the U.S. Probation Office in McAllen, Texas,
telephone number 956-618-8035, no later than UPON RELEASE.
( ☒ ) (b) continue or actively seek employment.
( ☐ ) (c) continue or start an education program.
( ☐ ) (d) surrender any passport to: PTS
( ☒ ) (e) not obtain a passport or other international travel document.
( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel: Defendant shall not leave the Southern District of Texas without permission of the Court. No foreign travel. Deft allowed to travel to Northern District of Texas for court related matters. Deft allowed to travel to Western District of Texas to visit family.
( ☒ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants / witnesses / victims.
( ☒ ) (h) get medical or psychiatric treatment**: as directed by probation officer
( ☐ ) (i) return to custody each ______ at ______ o'clock after being released at ______ o'clock for employment, schooling, or the following purposes: ______
( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☒ ) (k) not possess a firearm, destructive device, or other weapon.
( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☒ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.**
( ☐ ) (o) participate in a program of outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.**
( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from ______ to ______, or ( ☐ ) as directed by the pretrial services office or supervising officer. Curfew may be modified for employment reasons upon verification being provided to Probation Department.
( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $100,000.00

( ☐ ) (u) abide by all other conditions of supervised release term which remain in effect.

** The Defendant will incur the cost associated with this condition based on the ability to pay as determined by the Probation Office or a supervising officer.

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT: Della Fay Perez

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature* / Della Fay Perez

McAllen, TX
*City and State*

## Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.
( ☐ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 5/21/2024

*Judicial Officer's Signature*

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION: COURT DEFENDANT PRETRIAL SERVICE U.S. ATTORNEY U.S. MARSHAL