FILED-USDC-NDTX-DA
'25 OCT 24 AM9:28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:24-CR-00182-E |
| | **(Supersedes indictment filed** |
| v. | **May 7, 2024)** |
| | |
| DELLA FAY PEREZ (01) | |

## SUPERSEDING INFORMATION

The Acting United States Attorney charges:

### Count One
### Misprision of a Felony
(Violation of 18 U.S.C. § 4)

Beginning in or about July 2019 and continuing through at least January 2020, in the Dallas Division of the Northern District of Texas and elsewhere, defendant **Della Fay Perez**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, bank fraud, in violation of 18 U.S.C. § 1344, did intentionally conceal the same by sending documents to the bank intending to convince the bank that the fraudulent nature of the transactions were proper, and did not as soon as possible, make known the same to some judge or other person in civil or military authority under the United States.

In violation of 18 U.S.C. § 4.

Superseding Information—Page 1

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

MARTY BASU
Assistant United States Attorney
Illinois Bar No. 6302360
1100 Commerce Street, Third Floor
Dallas, TX  75242-1699
Telephone:  214-659-8600
Facsimile:  214-659-8812
Email: marty.basu@usdoj.gov