**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case number: 3:24-CR-00182-E (01) |
| | § | |
| DELLA FAY PEREZ, | § | |
| Defendant. | § | |

## SENTENCING SCHEDULING ORDER

Should counsel for the defendant desire to be present for the initial interview between the defendant and the probation officer, counsel must arrange to do so within ten government business days from the date of this order.

The Presentence Report must be disclosed to the Court, the defendant, defendant's counsel, and the attorney for the Government, via electronic filing, **by March 24, 2026.**

Written objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report, must be electronically filed **by April 7, 2026.** IF THEY HAVE NO OBJECTIONS, BOTH THE GOVERNMENT AND THE DEFENDANT ARE REQUIRED TO FILE A WRITTEN STATEMENT STATING THEY HAVE NO OBJECTIONS.

If written objections to the Presentence Report have been timely made, the Probation Office must electronically file any addendum to the Presentence Report **by April 21, 2026.**

Written objections to this addendum must be electronically filed **by April 28, 2026.**

Sentencing of the Defendant is **SET for <u>May 12, 2026 at 9:00 a.m.</u>**

Any motions for downward departure and sentencing memoranda must now be electronically filed **on or before May 8, 2026.** No courtesy copies are required.

In any case in which restitution can be ordered under 18 U.S.C. § 3663 or 18 U.S.C. § 3663(A) as a result of the Defendant's criminal conduct, no later than five days from the date of this Order, the Government shall provide, to the extent known to the Government, the following information to the probation officer: 1) the full names of all identified victims of Defendant's criminal conduct for which restitution can be ordered; 2) the amount of loss subject to restitution for each identified victim; 3) each identified victim's complete address, telephone number, e-mail address, and any other contact information of which the Government is aware.

The Government, within seven days of the Defendant's conviction, shall deliver to the probation officer a written report setting out with specificity:

A. All information possessed by the office of the United States Attorney for the Northern District of Texas that is relevant to (i) to the sentencing of the Defendant; or (ii) the acceptability of the plea agreement, if any, including, but not limited to:

- All criminal history of the Defendant;

- All criminal conduct of the Defendant (whether charged or not) occurring at any time;

- All statements made by the Defendant (including transcripts that already have been made of recorded statements) and all other notes, memoranda, or other writings pertaining to any statement made by the Defendant;

- All investigative reports pertaining to the offense of conviction and to relevant conduct and

B. If the Defendant was convicted after trial, a written summary of any evidence presented at trial not cumulative of the information provided pursuant to Section A. above, and that is relevant to the sentencing of the Defendant, including

especially, but not limited to, evidence that the Defendant obstructed justice and evidence of relevant conduct.

Any exhibit that a party seeks to introduce must be properly marked, and copies of any such exhibit must be available to opposing counsel.  Courtesy copies must be provided to the court and the court reporter.  One copy should be provided on a flash drive for the court reporter, which will be kept by said court reporter.  The court copy should be a hard copy properly marked and bound and it will be returned to the filing party after the hearing has concluded.  All original exhibits will remain with the filing party and will be the responsibility of the filing party for appellate purposes.  The court staff will not mark exhibits for counsel, and the court will not permit the removal of attachments of one document to be used as exhibits during a trial or other proceeding.  The exhibit or document must be submitted to the court at least seven days before the sentencing date.  If this procedure is not followed, the document will not be admitted into evidence.

If, during the presentence report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32.  The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

If a continuance is entered that is not requested by the defendant and the new sentencing date would cause the defendant to be in custody longer than the bottom of the applicable guideline range, counsel should request an earlier setting from the Court.

If either party intends to call a witness who needs an interpreter to communicate, that party is required to inform the court no later than 2 weeks before the sentencing date.

**SO ORDERED.**

December 31, 2025.

ADA BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS