**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CAUSE NO.: 3:24-CR-182** |
| | § | |
| **DELLA FAY PEREZ** | § | |

## MOTION FOR CONTINUANCE OF SENTENCING

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COME NOW, PHILLIP A. LINDER and Carlos Quintana, Counsel for Defendant

DELLA PEREZ and would show the Court the following:

**I**.

This matter is currently set for sentencing on the courts docket on May 12, 2026 at 9:00

a.m.

**II**.

Counsel for Defendant is in a Multi-Defendant Jury Trial in the Northern District of

Texas cause no. 3:24CR501. Counsel for Defendant anticipates this Trial to last 4 days.. Counsel

for Defendant requests that the trial date and all related deadlines be continued at least 30-60

days.

**III.**

No party will be harmed by such extension and sentencing will not be delayed.

**WHEREFORE, PREMISES CONSIDERED,** Defendant respectfully requests that this

Court grant this motion and re-schedule the sentencing hearing for at least 30-60 days.

1

Motion for Continuance – D. Perez

Respectfully submitted,

/s/ Phillip A. Linder
Phillip A. Linder
3300 Oak Lawn Ave. Suite 700
Dallas, Texas 75219
Phone: (214) 252-9900
Fax:    (214) 252-9902
E-mail: phillip@thelinderfirm.com
Bar No.: 12363560

***ATTORNEY FOR DEFENDANT***

## CERTIFICATE OF CONFERENCE

On the 4th day of May, 2026, the undersigned attempted to conferred with Marty Basu, Assistant United States Attorney and Counsel for Defendant was unable to speak with Mr. Basu.

/s/ Phillip A. Linder
Phillip A. Linder

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been forwarded to State's counsel via CM/ECF, on this 11th day of May, 2026.

/s/ Phillip A. Linder
Phillip A. Linder

2

Motion for Continuance – D. Perez