**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 3:24-CR-182-E** |
| | § | |
| | § | |
| **DELLA FAY PEREZ (01)** | § | |

# DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, **DELLA FAY PEREZ, Defendant** herein, and files this her UNOPPOSED MOTION FOR CONTINUANCE and would respectfully show the unto the Court as follows:

**I.**

Defendant would respectfully show that the above referenced matter is set for a Final Pre-trial hearing on August 4, 2026 at 9:00 a.m..

Defendant would show she sustained an injury to her right shoulder which will require additional testing and prevents her from traveling.

Based on the above, additional time is needed to allow Defendant to do her testing and surgery if required.

**III.**

Defendant would show that if said Motion for Continuance is not granted, Defendant will suffer undue harm and prejudice. Defendant would further show that this Motion for Continuance is not sought for delay, but only so that justice may be done.

Plaintiff is not opposed to this Motion.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court grant her Motion for Continuance and that this matter be continued for a later date. Defendant further prays for any other relief to which she may be justly entitled.

Respectfully submitted

LAW OFFICES OF CARLOS QUINTANA, P.C.
135 Paseo Del Prado, #9
Edinburg, Texas 78539
(956)687-9729
carlos@carlosquintanalaw.com

CARLOS QUINTANA
State Bar No.16436345

MR. PHILLIP A. LINDER
State Bar No. 12363560
THE LINDER FIRM
3300 Oak Lawn Ave., Suite 700
Dallas, TX 75219
214-252-9900
phillip@thelinderfirm.com

## CERTIFICATE OF CONFERENCE

On March 4th, I CARLOS QUINTANA, conferred via e-mail with Mr. Marty Basu, Counsel for Government, to inquire whether he would oppose this Defendant's Motion for Continuance.

Counsel Basu indicated the government was not opposed to Defendant's motion.

CARLOS QUINTANA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion For Continuance has been duly served pursuant to the Federal Rules of Civil Procedure, on this the 27th day of JULY, 2026, to:

Mr.Marty Basu
Assistant U.S. Attorney
US Attorney's Office, Northern District of Tx
1100 Commerce Street, Suite 300
Dallas, TX 75242
*Via e-mail: Marty.Basu@usdoj.gov*

CARLOS QUINTANA