IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DELLA FAY PEREZ. | NO. 3:24-CR-00182-E |

**NOTICE OF APPEARANCE AS GOVERNMENT COUNSEL**

The United States, by and through the United States Attorney for the Northern District of Texas, respectfully advises the Court and other parties to this action that Alexander Schwab, Assistant United States Attorney for the Northern District of Texas, is entering an appearance as government counsel.

Accordingly, the undersigned requests that the Clerk of the Court enter Alexander Schwab as government counsel for the United States.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Alexander Schwab*

Alexander Schwab
Assistant United States Attorney
California Bar No. 283421
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: (214) 659-8796
Facsimile: (214) 659-8808
alexander.schwab@usdoj.gov