# Texas Health Care Imaging

TEL: 956.351.5831 Fax 956.351.5832

| | | | |
|---|---|---|---|
| Name: | Perez-Rodriguez, Della F | ID#: | PERD146327 |
| DOB | 10-Jul-1962 | Date of Exam: | 20-Aug-2026 4:11 PM |
| Procedure: | MRI SHOULDER RIGHT WITHOUT IV CONTRAST | Referring: | Delgado, Luis JR |
| History: | Unspecified sprain of right shoulder joint, subsequent encounter | | |

**IMPRESSION:**

**Low-grade partial-thickness supraspinatus tendon tear on a background of mild-to-moderate rotator cuff tendinosis.**

**Minimal intra-articular long head of biceps tendinosis.**

**Minimal acromioclavicular joint arthropathy with type I acromion morphology.**

**No full-thickness rotator cuff tear or significant tendon retraction.**

AQ

Electronically Signed by: Quraishi, Aadam Z M.D. on 24-Aug-2026 8:37 AM