**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **Criminal Action No. 3:24-cr-182-E** |
| | § | |
| | § | |
| **DELLA FAY PEREZ (01)** | § | |
| | § | |

**ORDER**

Defendant seeks to continue his current sentencing date based on his counsel's shoulder injury. It appears though that Defendant has also retained veteran trial lawyer Phillip Linder to represent him. Because he has experienced counsel available to represent him, Defendant's motion is **DENIED**. Due to a scheduling conflict however, the sentencing will now take place at 9:00 am on September 3, 2026.

**SO ORDERED** this **27th day** of **August, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE