IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| vs. | § | CRIMINAL NO. 3:24-CR-182-E |
| | § | |
| | § | |
| DELLA FAY PEREZ (01) | § | |

# DEFENDANT'S VERIFIED EMERGENCY MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FOR CONTINUANCE OF SENTENCING

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendant **DELLA FAY PEREZ**, through undersigned counsel, respectfully moves the Court to reconsider its denial of Defendant's prior Motion for Continuance and to continue the sentencing hearing previously scheduled for **September 3, 2026**. This request is based upon a significant and unforeseen circumstance that arose after Defendant's original request for continuance and after the Court's ruling thereon. Defendant respectfully shows the Court as follows:

## I. PRIOR REQUEST FOR CONTINUANCE

1. Defendant previously requested a continuance of the sentencing hearing based upon significant medical issues affecting his physical condition, including substantial pain and physical limitations.
2. The Court denied Defendant's request. Defendant respectfully acknowledges the Court's ruling based upon the circumstances presented to the Court at that time.
3. Defendant does not file this Motion merely to re-urge the medical grounds previously considered by the Court.

4. Instead, a **new, unforeseen, and material circumstance arose on August 28, 2026**, which did not exist when Defendant filed her original Motion for Continuance and which could not have been presented to the Court when it considered that request.

## II. DEATH OF DEFENDANT'S MOTHER-IN-LAW

5. At approximately **5:50 a.m. on Friday, August 28, 2026**, Defendant's mother-in-law, the mother of Defendant's spouse, passed away.
6. Her death occurred only **four days before Defendant's sentencing hearing scheduled for Tuesday, September 3, 2026**.
7. Defendant and his spouse are now confronting the immediate consequences of this loss. Defendant is presently assisting his spouse with funeral and burial arrangements and with the family responsibilities that necessarily arise following the death of a parent.
8. Funeral arrangements are presently being made. Because the death occurred only this morning, the precise schedule for the funeral, burial, and related services may not yet have been finalized.
9. Defendant's presence and assistance are particularly important to her spouse during this period of bereavement and while arrangements are being made for the funeral and burial of her mother.
10. These circumstances arose entirely **after Defendant's original Motion for Continuance and after the Court's consideration of that request**. They therefore constitute a material change in circumstances that was not, and could not have been, before the Court when it entered its prior ruling.

11. Defendant does not ask the Court to revisit that determination on the same record. Rather, Defendant respectfully requests that the Court consider the **materially different circumstances that now exist**, including the unexpected death of an immediate family member only four days before sentencing, together with the physical difficulties previously disclosed to the Court.

## IV. THE REQUEST IS MADE IN GOOD FAITH AND AT THE EARLIEST PRACTICAL OPPORTUNITY

18. Defendant's mother-in-law passed away at approximately **5:50 a.m. on Friday, August 28, 2026**.
19. Defendant has therefore brought this development to counsel's attention, and counsel is presenting it to the Court, at the earliest practical opportunity.
20. The timing is particularly significant because the death occurred on the Friday immediately preceding the **September 3, 2026 sentencing hearing**, with the intervening weekend leaving Defendant and his family very little time to complete funeral arrangements.

21. This request is made in good faith and not for purposes of delay. Defendant intends to appear before this Court, accept the Court's judgment, and bring this matter to its conclusion.
22. Defendant requests only a reasonable postponement to permit his family to complete the funeral and immediate obligations associated with the death.
23. Because funeral arrangements are presently being made, Defendant will promptly provide the Court with the funeral arrangements, obituary, funeral-home documentation, or other appropriate confirmation as soon as such information becomes available, should the Court desire such documentation.

## V. REQUEST FOR EXPEDITED CONSIDERATION

24. Sentencing is presently scheduled for **September 3, 2026**. Accordingly, Defendant respectfully requests expedited consideration of this Motion.
25. Defendant respectfully submits that the extraordinary timing of this event—an immediate family death occurring only four days before sentencing and after the Court ruled upon the previous request—provides an independent and substantial basis for reconsideration.
26. Granting a brief continuance under these circumstances would cause no undue delay in the administration of this case while allowing Defendant to fulfill his immediate family obligations and thereafter appear before the Court prepared to meaningfully participate in sentencing.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant **Perez** respectfully requests that the Court **RECONSIDER its prior Order denying Defendant's Motion for Continuance**, GRANT this Emergency Motion, CONTINUE the sentencing hearing presently scheduled for **September 3, 2026**, and reset sentencing to the Court's next reasonably available date following completion of Defendant's immediate funeral and family obligations.

Defendant further requests such other and additional relief, at law or in equity, to which he may be entitled.

Respectfully submitted

LAW OFFICES OF CARLOS QUINTANA, P.C.

135 Paseo Del Prado, #9
Edinburg, Texas 78539
(956)687-9729
carlos@carlosquintanalaw.com

______________________________
CARLOS QUINTANA
State Bar No.16436345

MR. PHILLIP A. LINDER
State Bar No. 12363560
THE LINDER FIRM
3300 Oak Lawn Ave., Suite 700
Dallas, TX 75219
214-252-9900
phillip@thelinderfirm.com

<u>**CERTIFICATE OF CONFERENCE**</u>

On August 28th, I CARLOS QUINTANA, conferred via e-mail with Mr. Alexander Schwab, Counsel for Government, to inquire whether he would oppose this Defendant's Motion for Continuance.

Counsel Schwab indicated the government was opposed to Defendant's motion.

CARLOS QUINTANA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion For Continuance has been duly served pursuant to the Federal Rules of Civil Procedure, on this the 28th day of AUGUST, 2026, to:

Mr. Alexander Schwab
Assistant U.S. Attorney
US Attorney's Office, Northern District of Tx
1100 Commerce Street, Suite 300
Dallas, TX 75242
*Via e-mail:* *alexander.schwab@usdoj.gov*

CARLOS QUINTANA