# VERIFICATION

**STATE OF TEXAS** '
'
**COUNTY OF HIDALGO** '

**BEFORE ME,** the undersigned Notary Public in and for said County and State, on this day personally appeared DELLA FAY PEREZ, known to me, and after being duly sworn by me, on his oath, deposes and says:

My name is DELLA FAY PEREZ. I am over eighteen years of age. I have read the foregoing Defendant's Verified Emergency Motion for Reconsideration of Order Denying Motion for Continuance of Sentencing and every statement contained herein is within my own personal knowledge, true and correct.

Further Affiant sayeth not."

Della Fay Perez

DELLA FAY PERZ

SUBSCRIBED AND SWORN TO BEFORE ME on this 28th day of AUGUST, 2026 personally appeared DELLA FAY PEREZ to certify which witness my hand and official seal.

NOTARY PUBLIC STATE OF TEXAS
ELIZABETH GARZA
Notary ID # 2872341
My Commission Expires
January 11, 2028

Elizabeth G

NOTARY PUBLIC