**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:24-CR-0182-E** |
| | § | |
| **DELLA FAY PEREZ,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Defendant moved to continue sentencing because Defendant has a shoulder injury and has a surgery consultation. The Court misread the Motion and, in its Order, attributed the injury to Defense counsel. The Court apologizes for the error. Reconsidering the Motion, the Court again DENIES Defendant's request. Nothing in the Motion indicates a conflict with the current setting. Accordingly, the Motion to Continue (ECF No. 51) is Denied.

**SO ORDERED** on this **28th day** of **August 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE